IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

      Plaintiff,                        No. CIV S-09-2614 FCD KJM

    vs.

WORLD PAGE, INC., et al.,

      Defendants.                   ORDER

_____/

        This matter was referred to the undersigned for pretrial management because all defendants were proceeding pro se. Defendant World Page, Inc. is now represented by counsel. Because this defendant is now represented by counsel, pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action. See Local Rule 302(c)(21).

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred back to the District Judge assigned to this action.

        3. All dates pending before the undersigned are vacated; and

        4. Henceforth the caption on documents filed in this action shall be CIV S-09-2614 FCD KJM.

DATED: January 27, 2010.

                                                  _____
                                                  U.S. MAGISTRATE JUDGE

006 johnson-worldpage.ref

1