IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson, ) | |
| ) | 2:09-cv-02614-GEB-KJN |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| World Page, Inc., Individually ) and d/b/a World Page Wireless; ) Alvaro G. Punla, Individually ) and as trustee of the Alvaro G. ) Punla and Carmen S. Punla ) Revocable Trust; Carmen S. ) Punla, Individually and as ) trustee of the Alvaro G. Punla ) and Carmen S. Punla Revocable ) Trust, ) ) Defendants. ) _____ ) | |

Pro se Defendant Carmen S. Punla's request to be represented at trial by her son filed on February 24, 2012, is denied. "Although a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him. A [non-attorney] has no authority to appear . . . for others than himself." <u>C.E. Pope Equity Trust v. United States</u>, 818 F.2d 696, (9th Cir. 1987)(citations omitted).

Dated:  February 27, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1