```
IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA
```

Scott N. Johnson,            )
                             )   2:09-cv-02614-GEB-KJN
         Plaintiff,          )
                             )
     v.                      )   ORDER
                             )
World Page, Inc., Individually )
and d/b/a World Page Wireless; )
Alvaro G. Punla, Individually )
and as trustee of the Alvaro G. )
Punla and Carmen S. Punla    )
Revocable Trust; Carmen S.   )
Punla, Individually and as   )
trustee of the Alvaro G. Punla )
and Carmen S. Punla Revocable )
Trust,                       )
                             )
         Defendants.         )
_____)

Pro se Defendant Carmen S. Punla's request to be represented at trial by her son filed on February 24, 2012, is denied. "Although a non-attorney may appear *in propria persona* in his own behalf, that privilege is personal to him. A [non-attorney] has no authority to appear . . . for others than himself." <u>C.E. Pope Equity Trust v. United States</u>, 818 F.2d 696, (9th Cir. 1987)(citations omitted).

Dated:  February 27, 2012

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge