IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>World Page, Inc., Individually and d/b/a World Page Wireless; Alvaro G. Punla, Individually and as trustee of the Alvaro G. Punla and Carmen S. Punla Revocable Trust; Carmen S. Punla, Individually and as trustee of the Alvaro G. Punla and Carmen S. Punla Revocable Trust,<br><br>　　　　　Defendants.<br>_____ | 2:09-cv-02614-GEB-KJN<br><br>NOTICE RE: PRO SE DEFENDANT INQUIRY |

　　　　Pro se Defendant Carmen S. Punla sent written correspondence to the Court, which was filed on March 2, 2012, in which she states: "Please let me know if a lawyer may represent me . . . at the 5/29/12 trial because I will not be able to attend it." (ECF No. 19.) Since "the Court is not required, nor is it permitted, to assist a pro se party in litigating [her] case[,]" this filing is disregarded. Munguia v. Frias, No. 07-CV-1016 AJB, 2010 WL 2888735, at *2 (S.D. Cal. July 21, 2010)(citing Bias v. Moyhihan, 508 F.3d 1212, 1219 (9th Cir. 2007).

Dated:  March 8, 2012

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　United States District Judge