IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Scott N. Johnson, | ) | |
| | ) | 2:09-cv-02614-GEB-KJN |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| World Page, Inc., Individually | ) | |
| and d/b/a World Page Wireless; | ) | |
| Alvaro G. Punla, Individually | ) | |
| and as trustee of the Alvaro G. | ) | |
| Punla and Carmen S. Punla | ) | |
| Revocable Trust; Carmen S. | ) | |
| Punla, Individually and as | ) | |
| trustee of the Alvaro G. Punla | ) | |
| and Carmen S. Punla Revocable | ) | |
| Trust, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Even though the final pretrial conference is scheduled to commence at 2:30 p.m. on April 9, 2012, Plaintiff failed to timely file a pretrial statement, and has not yet filed a pretrial statement. Nor has any defendant filed a pretrial statement.

Plaintiff is a regular litigator in this court and should, by now, be aware of the sanctions he could incur for failure to file a pretrial statement. Such sanctions may increase in severity if no pretrial statement is filed in advance of the final pretrial conference.

        These failures, among other things, will be discussed at the April 9, 2012, final pretrial conference in courtroom 10.

Dated:  April 3, 2012

                    _____
                    GARLAND E. BURRELL, JR.
                    United States District Judge