IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson,          )
                           )      2:09-cv-02614-GEB-KJN
            Plaintiff,     )
                           )
        v.                 )      ORDER
                           )
World Page, Inc., Individually  )
and d/b/a World Page Wireless;  )
Alvaro G. Punla, Individually   )
and as trustee of the Alvaro G. )
Punla and Carmen S. Punla       )
Revocable Trust; Carmen S.      )
Punla, Individually and as      )
trustee of the Alvaro G. Punla  )
and Carmen S. Punla Revocable   )
Trust,                          )
                                )
            Defendants.         )
_____)

        Even though the final pretrial conference is scheduled to commence at 2:30 p.m. on April 9, 2012, Plaintiff failed to timely file a pretrial statement, and has not yet filed a pretrial statement. Nor has any defendant filed a pretrial statement.

        Plaintiff is a regular litigator in this court and should, by now, be aware of the sanctions he could incur for failure to file a pretrial statement. Such sanctions may increase in severity if no pretrial statement is filed in advance of the final pretrial conference.

1

These failures, among other things, will be discussed at the April 9, 2012, final pretrial conference in courtroom 10.

Dated:  April 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge