IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>World Page, Inc., Individually and d/b/a World Page Wireless; Alvaro G. Punla, Individually and as trustee of the Alvaro G. Punla and Carmen S. Punla Revocable Trust; Carmen S. Punla, Individually and as trustee of the Alvaro G. Punla and Carmen S. Punla Revocable Trust,<br><br>        Defendants. | 2:09-cv-02614-GEB-KJN<br><br><u>ORDER IMPOSING MONETARY SANCTIONS AND CONTINUING FINAL PRETRIAL CONFERENCE</u> |

        An Order to Show Cause ("OSC") issued on March 22, 2012, directing the parties to explain why sanctions should not be imposed against them and/or their counsel for failure to file a timely joint final pretrial statement. (ECF No. 23.) Because of this failure, a previously scheduled final pretrial conference was continued to April 9, 2012, and the parties were required to file a joint final pretrial statement no later than seven (7) days prior to the rescheduled final pretrial conference. Id.

        Plaintiff responded to the OSC, stating in essence that he has been attempting to settle this action, but has had difficulty

1

communicating with pro se Defendant Carmen Punla, and Defendant World Page, Inc. contends it no longer owns the property at issue. (ECF No. 24, ¶¶ 4-8.) Pro se Defendant Carmen Punla responded to the OSC, stating that she intended to appear at the originally scheduled final pretrial conference "were it not cancelled." (ECF No. 25.)

Although Plaintiff and Defendant Carmen Punla responded to the OSC, again no final pretrial statement was filed. Therefore, an Order issued on April 3, 2012, which informed the parties of this failure and warned Plaintiff of the risk of sanctions as follows: "Plaintiff is a regular litigator in this court and should, by now, be aware of the sanctions he could incur for failure to file a pretrial statement. Such sanctions may increase in severity if no pretrial statement is filed in advance of the final pretrial conference." (ECF No. 26, 1:24-27.) Notwithstanding this warning, no final pretrial conference statement has been filed.

Since Plaintiff has completely disregarded both Local Rule 281 and this Court's orders to file a final pretrial statement, **he is sanctioned one thousand dollars ($1,000.00).** This sanction shall be paid to the Clerk of this Court no later than 4:00 p.m. on April 13, 2012, by a check made payable to the "United States Treasury." Proof of payment shall be filed within five (5) days of payment.

Further, the final pretrial conference scheduled for April 9, 2012, is continued to May 21, 2012, at 2:30 p.m. A final pretrial statement shall be filed no later than seven (7) days prior to the final pretrial conference.[1] **Plaintiff is warned that the failure to timely file**

**a pretrial statement may result in the dismissal of this case with prejudice for failure of prosecution and/or for his repeated failure to comply with Court orders.**

IT IS SO ORDERED.

Dated:  April 5, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge